UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASIN MAHDI,

               Plaintiff,

        v.

MIDLAND CREDIT MANAGEMENT, INC.,

               Defendant

25-CV-6211 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 31, 2025, the Court ordered the parties to submit a joint status update to the Court, in addition to a proposed case management plan and scheduling order, by September 12, 2025. *See* Dkt. No. 4. No letter has been received.

The parties shall submit their joint letter no later than September 18, 2025.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      September 17, 2025
              New York, New York

Ronnie Abrams
United States District Judge