# BRIAN PONDER LLP
# TRIAL LAWYERS

745 Fifth Avenue
Suite 500
New York, NY 10151

Tel 646.450.9461

September 18, 2025

Application granted.

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
**VIA CM/ECF**

SO ORDERED.

_____
Hon. Ronnie Abrams
September 18, 2025

**Re: *Yasin Mahdi v. Midland Credit Management, Inc.*, 25-cv-6211 (RA)**

Dear Judge Abrams:

I represent Plaintiff Yasin Mahdi. With Defendant's consent, I write to respectfully request that the deadlines set forth in the Court's July 31, 2025 Order (D.E. 4)—including submission of a proposed case management plan and scheduling order and the initial pretrial conference, scheduled for September 19, 2025 at 12:00 p.m.—be adjourned *sine die* pending the Court's resolution of Defendant's motion to dismiss (D.E. 5) and Plaintiff's cross-motion to transfer (D.E. 11–12, 15).

I sincerely apologize to the Court for the delay in filing the joint status update and proposed case management plan by the September 12 deadline. I entered the case after its filing, and through inadvertence I did not closely review the docket and calendar the deadline to confer with opposing counsel. I regret this oversight and appreciate the Court's understanding.

Since receiving the Court's September 17, 2025 Order (D.E. 17), the parties have conferred and filed their joint status update (D.E. 18) and proposed case management plan (D.E. 19). The proposed plan was submitted in compliance with the Court's template but, consistent with the pending dispositive motions, leaves specific discovery dates to be set, if necessary, following the Court's determination on the motions.

This is Plaintiff's first request for an extension. Defendant consents. The requested adjournment will conserve judicial and party resources by deferring scheduling until the Court determines the proper forum and the viability of the claims. We thank the Court for its attention to this matter.

Respectfully submitted,
s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
*Attorney for Plaintiff*
cc: All parties via CM/ECF

1