UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASIN MAHDI,

                Plaintiff,

        v.

MIDLAND CREDIT MANAGEMENT,
INC.,

                Defendant.

No. 25-CV-6211 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that counsel for both parties shall appear for a conference on March 4, 2026 at 4:00 p.m.  The conference will be held remotely via Microsoft Teams.  Members of the public may call into the conference at the following audio-only line: (646) 453-4442; Passcode: 307 009 193#.  A video link will be sent to the parties prior to the conference.

SO ORDERED.

Dated:    March 2, 2026
          New York, New York

                              Ronnie Abrams
                              United States District Judge